Cause No. 2012-45104

| | | |
|---|---|---|
| FLOR DEPAZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE HERTZ CORPORATION AND | § | |
| KAYALVIZHI NADANAM | § | 125${}^{TH}$ JUDICIAL DISTRICT |

DEFENDANT, THE HERTZ CORPORATION'S
ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, THE HERTZ CORPORATION, Defendant in the above-numbered cause of action, and files its Original Answer to the Petition filed by Plaintiff, FLOR DEPAZ, and would respectfully show this Honorable Court as follows:

I.
GENERAL DENIAL

Subject to such stipulations as may hereafter be made, Defendant asserts a general denial as is authorized by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, and Defendant respectfully requests that Plaintiff be required to prove the charges and allegations against the Defendant by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas. Defendant further reserves the right to amend this Answer at a future date in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, THE HERTZ CORPORATION, prays that Plaintiff take nothing by this suit against Defendant, and further prays for such other and further relief, both general and special, at law and in equity, to which Defendant may be justly entitled.


EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of August, 2012, a true and correct copy of the foregoing, *Request for Jury Trial*, was duly served via facsimile and/or certified mail, return receipt requested in accordance with the Texas Rules of Civil Procedure.

Thomas P. Nixon
Law offices of Thomas P. Nixon, P.C.
6009 Richmond Avenue, Suite 208
Houston, Texas 77057
*Attorneys for Plaintiff*
(*Via Facsimile Delivery: 888.591.5924*)

_____
Jo Ann Collier

Cause No. 2012-45104

| | | |
|---|---|---|
| FLOR DEPAZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE HERTZ CORPORATION AND | § | |
| KAYALVIZHI NADANAM | § | 125TH JUDICIAL DISTRICT |

### REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant **THE HERTZ CORPORATION**, and requests that a jury trial be held on said cause. Defendant hereby tenders a jury fee in the sum of $30.00 to the Harris County District Clerk's office.

Respectfully submitted,

TRIBBLE, ROSS & WAGNER

By: /s/ Wesson H. Tribble

Wesson H. Tribble
State Bar No. 20213960
Jo Ann Collier
State Bar No. 04595300
3355 West Alabama, Suite 1200
Houston, Texas 77098
Telephone: 713.622.0444
Facsimile: 713.622.0555

ATTORNEYS FOR DEFENDANTS,
THE HERTZ CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of August, 2012, a true and correct copy of the foregoing, *Request for Jury Trial*, was duly served via facsimile and/or certified mail, return receipt requested in accordance with the Texas Rules of Civil Procedure.

> Thomas P. Nixon
> Law offices of Thomas P. Nixon, P.C.
> 6009 Richmond Avenue, Suite 208
> Houston, Texas 77057
> *Attorneys for Plaintiff*
> (*Via Facsimile Delivery: 888.591.5924*)

_____
Jo Ann Collier

Cause No. 2012-45104

| | | |
|---|---|---|
| FLOR DEPAZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE HERTZ CORPORATION AND | § | |
| KAYALVIZHI NADANAM | § | 125TH JUDICIAL DISTRICT |

### DEFENDANT, KAYALVIZHI NADANAM'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **KAYALVIZHI NADANAM**, Defendant in the above-numbered cause of action, and files its Original Answer to the Petition filed by Plaintiff, **FLOR DEPAZ**, and would respectfully show this Honorable Court as follows:

### I.
### GENERAL DENIAL

Subject to such stipulations as may hereafter be made, Defendant asserts a general denial as is authorized by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, and Defendant respectfully requests that Plaintiff be required to prove the charges and allegations against the Defendant by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas. Defendant further reserves the right to amend this Answer at a future date in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, **KAYALVIZHI NADANAM**, prays that Plaintiff take nothing by this suit against Defendant, and further prays for such other and further relief, both general and special, at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,

**TRIBBLE, ROSS & WAGNER**

By: _____
Wesson H. Tribble
State Bar No. 20213960
Jo Ann Collier
State Bar No. 04595300
3355 West Alabama, Suite 1200
Houston, Texas  77098
Telephone: 713.622.0444
Facsimile:  713.622.0555

**ATTORNEYS FOR DEFENDANTS,
THE HERTZ CORPORATION AND
KAUALVIZHI NADANAM**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___5th___ day of September, 2012, a true and correct copy of the foregoing, *Defendant, Kayalvizhi Nadanam's Original Answer*, was duly served via facsimile and/or certified mail, return receipt requested in accordance with the Texas Rules of Civil Procedure.

Thomas P. Nixon
Law offices of Thomas P. Nixon, P.C.
6009 Richmond Avenue, Suite 208
Houston, Texas  77057
*Attorneys for Plaintiff*
*(Via Facsimile Delivery: 888.591.5924)*

_____
Jo Ann Collier

Cause No. 2012-45104

| | | |
|---|---|---|
| FLOR DEPAZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE HERTZ CORPORATION AND | § | |
| KAYALVIZHI NADANAM | § | 125TH JUDICIAL DISTRICT |

## REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **KAYALVIZHI NADANAM**, and requests that a jury trial be held on said cause. Defendant hereby tenders a jury fee in the sum of $30.00 to the Harris County District Clerk's office.

Respectfully submitted,

TRIBBLE, ROSS & WAGNER

By: _____
Wesson H. Tribble
State Bar No. 20213960
Jo Ann Collier
State Bar No. 04595300
3355 West Alabama, Suite 1200
Houston, Texas 77098
Telephone: 713.622.0444
Facsimile: 713.622.0555

ATTORNEYS FOR DEFENDANTS,
THE HERTZ CORPORATION AND
KAYALVIZHI NADANAM

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of September, 2012, a true and correct copy of the foregoing, *Request for Jury Trial*, was duly served via facsimile and/or certified mail, return receipt requested in accordance with the Texas Rules of Civil Procedure.

Thomas P. Nixon
Law offices of Thomas P. Nixon, P.C.
6009 Richmond Avenue, Suite 208
Houston, Texas 77057
*Attorneys for Plaintiff*
(*Via Facsimile Delivery: 888.591.5924*)

Jo Ann Collier